FILED

JAN 1 2 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___BG___ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:22-mj-1002-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHNNY O. SOUTHERLAND. | ) CRIMINAL INFORMATION |

The United States Attorney charges that:

On or about 03 September 2021, in the Eastern District of North Carolina, at Marine Corps Base Air Station Cherry Point, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, JOHNNY O. SOUTHERLAND, did enter Marine Corps Air Station Cherry Point, a military installation, for a purpose prohibited by lawful regulation in violation of 18 U.S.C. § 1382.

Count Two

On or about 03 September 2021, in the Eastern District of North Carolina, at Marine Corps Air Station Cherry Point, a place within the special maritime and territorial jurisdiction of the United States, the defendant, JOHNNY O. SOUTHERLAND, did intentionally and willfully carry concealed in his vehicle a pistol

and revolver, in violation of North Carolina General Statute, Section 14-269(a1), as assimilated by the provisions of Title 18 U.S.C. § 13.

G. NORMAN ACKER, III
Acting United States Attorney

By: _____
MARK J. MARSELLA
Special Assistant U.S. Attorney
Criminal Division